PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Report of Offender Under Supervision

Name of Offender: JAMES LEE ROYSTER  Case Number: 1:98CR326-1

Name of Sentencing Judicial Officer: The Honorable N. Carlton Tilley, Jr.

Date of Original Sentence: July 28, 1999

Original Offense: Unlawfully Possess a Machinegun in violation of 18 U.S.C. § 922(o) & 924(a)(2).

Original Sentence: 30 months custody of the Bureau of Prisons followed by 3 years of supervised release.

November 10, 2003: Modification for Electronic Monitoring was filed.

May 18, 2004: Mr. Royster's supervised release was revoked and he was sentenced to 4 months custody of the Bureau of prisons followed by 32 months of supervised release.

April 25, 2005: Modification for Drug Testing was filed.

Type of Supervision: Supervised Release   Date Second Term of Supervision Commenced: October 27, 2004
Date Supervision Expires: June 26, 2007

Assistant U.S. Attorney: Lisa B. Boggs   Defense Attorney: David K. Williams, Jr.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NONCOMPLIANCE |
|---|---|
| *The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.* | *Mr. Royster tested positive for marijuana and/or cocaine on four separate occasions by way of sweatpatch and/or handheld urinalysis test between June 16, 2005, and April 11, 2006.* |

U. S. Probation Officer Action:

Since his release to a second term of supervision, Mr. Royster's adjustment to supervision has been marginal. Mr. Royster and his wife lived with her parents for a period of time. When he became gainfully employed with Cleggs Pest and Termite Control in Durham, NC, they established their own residence and are currently in the process of purchasing a house. Mr. Royster was employed with this company during his first term of supervision and was re-hired upon his release.

On June 16, 2005, Mr. Royster reported to the probation office and tested positive for cocaine. He denied use but the sample was confirmed positive by Scientific Testing Laboratories, Inc. (STL). Mr. Royster was referred to outpatient drug treatment which he completed in October 2005. During this course of treatment, Mr. Royster tested positive for marijuana on two additional occasions by way of a sweat patch in June and July 2005. It should be noted that after Mr. Royster completed drug treatment, he was placed in a pager program for random drug testing.

On April 11, 2006, Mr. Royster was paged and he reported to the probation office and tested positive for cocaine. He denied use of any illicit substances but the sample was confirmed positive by STL on May 2, 2006. On May 2, 2006, Mr. Royster was paged and confronted about the positive drug test but he continued to deny use. On this same date, a handheld urinalysis was conducted which was also positive for cocaine. Mr. Royster denied use and the confirmation results are pending at this time.

The probation office recommends and Mr. Royster agreed to be referred back to outpatient drug treatment and due to the fact that he has health insurance, the services will be paid at his expense. Mr. Royster is clearly in denial about his drug addiction and if he continues to engage in illicit drug use, the probation office recommends inpatient drug treatment, at his expense. Mr. Royster will continue to participate in the pager program for random testing.

Respectfully submitted.

Jesse J. Reaves Jr.
U.S. Probation Officer

Approved by:

Desdemona Faison
Supervising U.S. Probation Officer

Date 5/10/06

[✓] The Court Adopts the Recommendation(s) of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date 5-18-06